**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Darrin J. Mitcheff |
| Debtor 2 (Spouse, if filing) | Suzanne J. Mitcheff |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 13-40583 |

# Form 4100R

## Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 0 4 9 6

**Property address:** 969 N. English Street
Number   Street

Braidwood   Illinois   60408
City        State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.   The loan has been paid in full.

The next postpetition payment from the debtor(s) is due on: 00/00/0000
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                 (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

c. **Total.** Add lines a and b.                                             (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM / DD / YYYY

Form 4100R                Response to Notice of Final Cure Payment                page 1

Debtor 1   Darrin J. Mitcheff                    Case number (if known) 13-40583

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Zhiqi Wu                                   Date  11/21/2018
  Signature

Print   Zhiqi Wu                                 Title  Attorney

Company   Heavner, Beyers & Mihlar, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   P.O. Box 740

          Decatur             IL      62525

Contact phone  (217) 422-1719               Email  bkdept@hsbattys.com

Form 4100R                    Response to Notice of Final Cure Payment                    page 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>Darrin J. Mitcheff and<br>Suzanne J. Mitcheff,<br><br>Debtors. | Case No. 13-40583<br><br>Chapter 13<br><br>Honorable Pamela S. Hollis |

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that I served a copy of the Response to Notice of Final Cure Payment filed on November 21, 2018, upon the parties listed below, as to the Trustee and Debtors' attorney via electronic notice on November 21, 2018, and as to the Debtors by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 21st day of November, 2018.

**Service by Mail:**

Darrin J. Mitcheff
29040 South State Route 53
Wilmington, IL 60481

Suzanne J. Mitcheff
29040 South State Route 53
Wilmington, IL 60481

**Service by Electronic Notice through ECF:**

Thomas W Toolis
Jahnke, Sullivan & Toolis, LLC
10075 West Lincoln Highway
Frankfort, IL 60423

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Suite 873
Chicago, IL 60604

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, IL 60532

                                                */s/ Zhiqi Wu*
                                                  Zhiqi Wu

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
ZHIQI WU (#6324870)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754